459 A.2d 40

Silverman, etc., Appellant v. School Dist. of Phila.

Petition for Allowance of Appeal

Denied Sept. 22, 1983.

Argued December 13, 1982. Paul J. Senesky, for appellant; Martin Horowitz, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment dated January 29, 1982 is affirmed.